UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIAT ORSHANSKY,

    Plaintiff(s),

v.

L'OREAL USA, INC. AND MAYBELLINE, LLC

    Defendant(s).

No. C -12-6342-DMR

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 01/30/2013

Signature: Peter R Afrasiabi /cw

Counsel for Plaintiff Liat Orshansky
(Plaintiff, Defendant, or indicate "pro se")