| | |
|---|---|
| C. Brandon Wisoff (SBN 121930)<br>bwisoff@fbm.com<br>Benjamin J. Sitter (SBN 273394)<br>bsitter@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Frederick B. Warder III (*admitted pro hac vice*)<br>fbwarder@pbwt.com<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2121<br>Facsimile: (212) 336-2222<br><br>Jeremy Feigelson (*to be admitted pro hac vice*)<br>jfeigelson@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212 909-6230<br><br>Attorneys for Defendants | Peter R. Afrasiabi (SBN 193336)<br>pafrasiabi@onellp.com<br>Christopher W. Arledge (SBN 200767)<br>carledge@onellp.com<br>One LLP<br>4000 MacArthur blvd.<br>West Tower, Suite 1100<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>Facsimile: (949) 258-5081<br><br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>L'OREAL USA, INC. , a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>　　　　　Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342-CRB

28569\3535246.1

Pursuant to Local Rules 6-2(a), 7-12, and 16-2(e), the parties hereto, Plaintiff Liat Orshansky ("Plaintiff"), on the one hand, and Defendants L'Oreal USA, Inc. and Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York, (collectively "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on December 14, 2012 Plaintiff filed a complaint in the above-entitled action in the United States District Court, Northern District of California;

WHEREAS on or about December 19, 2012 Plaintiff served her complaint on Defendant L'Oreal USA, Inc.;

WHEREAS on or about January 3, 2013 Plaintiff served her complaint on Defendant Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York;

WHEREAS on January 31, 2013, this case was reassigned to Judge Breyer

WHEREAS on February 4, 2013, this Court issued a Case Management Scheduling Order scheduling an initial Case Management Conference ("CMC") for March 29, 2013;

WHEREAS counsel for Defendants will be out of the country on March 29, 2013 on a long-planned family trip;

WHEREAS counsel for Plaintiff will be unavailable due to his own long-planned family vacation the week of April 1, 2013;

WHEREAS local counsel for Defendants has a conflict on April 12, 2013;

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiff and Defendants through the undersigned, to continue the initial CMC until April 19, 2013 at 8:30 a.m., or until the first available date thereafter, and to continue all deadlines relating to the CMC accordingly.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB - 2 -

28569\3535246.1

IT IS SO STIPULATED:

DATED: February 8, 2013.  FARELLA BRAUN + MARTEL LLP

By: /s/
    C. Brandon Wisoff

Attorneys for Defendants

DATED: February 8, 2013.  ONE LLP

By: /s/
    Peter R. Afrasiabi

Attorney for Plaintiff

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February 2013.

/s/
C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: February __, 2013

Hon. Charles R. Breyer
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB

- 3 -

28569\3535246.1