C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Benjamin J. Sitter (State Bar No. 273394)
bsitter@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

Jeremy Feigelson (*to be admitted pro hac vice*)
jfeigelson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212 909-6230

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**DECLARATION OF C. BRANDON WISOFF IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

I, C. Brandon Wisoff, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WISOFF DECL. ISO STIPULATION
Case No. 4:12-cv-06342-CRB

28569\3535248.1

1  with the law firm of Farella Braun + Martel LLP, counsel for Defendants in the above-captioned
2  matter. I have personal knowledge of the facts set forth below and, if called upon to do so, could
3  and would testify competently thereto.

4     2. I submit this declaration in support of the accompanying joint stipulation and
5  proposed order continuing the initial Case Management Conference ("CMC"), currently
6  scheduled for March 29, 2013, and related deadlines.

**Reasons for the Request**

    3. Counsel for Defendants, Mr. Fred Warder, informs me that he will be out of the country on March 29, 2013 on a long-planned family trip.

    4. Counsel for Plaintiff, Mr. Peter Afrasiabi, informs me that he will be unavailable due to his own long-planned family vacation the week of April 1, 2013.

    5. I have a conflict on April 12, 2013.

**Previous Time Modifications**

    6. On January 9, 2013, the parties stipulated to extend the time for Defendant to respond to the complaint until February 22, 2013.

    7. No other time modifications have occurred.

**Effect of Requested Time Modification**

    8. I do not expect that the requested postponement of the CMC and related deadlines will materially delay this case as the postponement is modest.

    9. Counsel for all parties have agreed to stipulate to the extension. I know of no prejudice to any party that will result from the granting of this extension.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of February, 2013.

    /s/
    C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WISOFF DECL. ISO STIPULATION
Case No. 4:12-cv-06342 CRB    - 2 -    28569\3535248.1