C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Benjamin J. Sitter (SBN 273394)
bsitter@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

Jeremy Feigelson (*to be admitted pro hac vice*)
jfeigelson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212 909-6230

Attorneys for Defendants

Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
Christopher W. Arledge (SBN 200767)
carledge@onellp.com
One LLP
4000 MacArthur blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE <u>MANAGEMENT CONFERENCE</u>** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342-CRB

28569\3535246.1

Pursuant to Local Rules 6-2(a), 7-12, and 16-2(e), the parties hereto, Plaintiff Liat Orshansky ("Plaintiff"), on the one hand, and Defendants L'Oreal USA, Inc. and Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York, (collectively "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on December 14, 2012 Plaintiff filed a complaint in the above-entitled action in the United States District Court, Northern District of California;

WHEREAS on or about December 19, 2012 Plaintiff served her complaint on Defendant L'Oreal USA, Inc.;

WHEREAS on or about January 3, 2013 Plaintiff served her complaint on Defendant Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York;

WHEREAS on January 31, 2013, this case was reassigned to Judge Breyer

WHEREAS on February 4, 2013, this Court issued a Case Management Scheduling Order scheduling an initial Case Management Conference ("CMC") for March 29, 2013;

WHEREAS counsel for Defendants will be out of the country on March 29, 2013 on a long-planned family trip;

WHEREAS counsel for Plaintiff will be unavailable due to his own long-planned family vacation the week of April 1, 2013;

WHEREAS local counsel for Defendants has a conflict on April 12, 2013;

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiff and Defendants through the undersigned, to continue the initial CMC until April 19, 2013 at 8:30 a.m., or until the first available date thereafter, and to continue all deadlines relating to the CMC accordingly.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB

- 2 -

28569\3535246.1

1  IT IS SO STIPULATED:

2  DATED: February 8, 2013.  FARELLA BRAUN + MARTEL LLP

4  By: /s/
   C. Brandon Wisoff

6  Attorneys for Defendants

8  DATED: February 8, 2013.  ONE LLP

10  By: /s/
    Peter R. Afrasiabi

12  Attorney for Plaintiff

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February 2013.

/s/
C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: February 11, 2013

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB
- 3 -
28569\3535246.1