1  C. Brandon Wisoff (SBN 121930)        Jeremy Feigelson
2  bwisoff@fbm.com                            (*to be admitted pro hac vice*)
   Benjamin J. Sitter (SBN 273394)         jfeigelson@debevoise.com
3  bsitter@fbm.com                         Jeffrey S. Jacobson
   FARELLA BRAUN + MARTEL LLP                  (*to be admitted pro hac vice*)
4  235 Montgomery Street, 17th Floor       jsjacobson@debevoise.com
5  San Francisco, CA 94104                 DEBEVOISE & PLIMPTON LLP
   Telephone: (415) 954-4400               919 Third Avenue
6  Facsimile: (415) 954-4480               New York, NY 10022
7                                          Telephone: (212) 909-6000
                                           Facsimile: (212) 521-7479
8  Frederick B. Warder III
      (*admitted pro  hac vice*)
9  fbwarder@pbwt.com
10 PATTERSON BELKNAP WEBB &
   TYLER LLP
11 1133 Avenue of the Americas
   New York, NY 10036
12 Telephone: (212) 336-2121
13 Facsimile: (212) 336-2222

14 Attorneys for Defendants L'ORÉAL
15 USA, INC. and MAYBELLINE, LLC

16              UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA

18 LIAT ORSHANSKY, on behalf of        CASE NO. 3:12-CV-06342-CRB
   herself and others similarly situated,
19                                      **DECLARATION OF ASHLEY E.**
              Plaintiffs,               **FISHER IN SUPPORT OF**
20                                      **DEFENDANTS' MOTION TO**
        vs.                             **DISMISS PURSUANT TO FED.**
21                                      **R. CIV. P. 12(B)(1) AND 12(B)(6)**
   L'OREAL USA, INC. , a Delaware       **OR, IN THE ALTERNATIVE,**
22 corporation; MAYBELLINE, LLC, a      **FOR A MORE DEFINITE**
   New York limited liability company   **STATEMENT PURSUANT TO**
23 dba MAYBELLINE, NEW YORK,            **FED. R. CIV. P. 12(E)**
24            Defendants.               DATE:    April 19, 2013
                                        TIME:    10:00 a.m.
25                                      PLACE:   Courtroom 6, 17th Floor
                                        JUDGE:   Hon. Charles R. Breyer
26
27
28
   Declaration of Ashley E. Fisher in                Case No. 3:12-CV-06342-CRB
   Support of Defendants' Motion to Dismiss
   or For a More Definite Statement

1    I, Ashley E. Fisher, declare as follows:

2    1.    I am an attorney associated with the law firm of Debevoise &

3    Plimpton LLP, counsel to Defendants L'Oréal USA, Inc. and Maybelline, LLC

4    ("Defendants") in the above-captioned matter.

5    2.    I submit this declaration in support of Defendants' Motion to Dismiss

6    Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) or, in the Alternative, for a More

7    Definite Statement Pursuant to Fed. R. Civ. P. 12(e), filed February 22, 2013.

8    Unless otherwise indicated, I have personal knowledge of the facts set forth in this

9    declaration and, if called upon as a witness, I would testify to such facts under oath.

10    3.    As shown on the Maybelline brand website, available at

11    http://www.maybelline.com/Search.aspx?q=the falsies (accessed

12    February 22, 2013), there are six different products sold in the Maybelline

13    Volum'Express The Falsies mascara line – The Falsies Waterproof, The Falsies

14    Washable, The Falsies Flared Waterproof, The Falsies Flared Washable, The

15    Falsies Black Drama Waterproof and The Falsies Black Drama Washable.

16    4.    As shown on the L'Oréal Paris brand website, available at

17    http://www.lorealparisusa.com/en/search-results.aspx#!/search/voluminous_false

18    _fiber (accessed February 22, 2013), there are two different products sold in the

19    L'Oréal Paris Voluminous False Fiber Lashes mascara line – a washable mascara

20    and a waterproof mascara.

21    5.    Attached as Exhibit 1 is a true and correct copy of the Consumer's

22    Notice and Demand for Remedy or Cure letter sent by Plaintiff Liat Orshansky to

23    Defendants L'Oréal USA, Inc. and Maybelline, LLC on December 13, 2012.

24    I declare under penalty of perjury that the foregoing is true and correct.

25    Executed this 22nd day of February, 2013, in New York, New York.

26

27    _Ashley E. Fisher_

28    Ashley E. Fisher

DECLARATION OF ASHLEY E. FISHER IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS          - 2 -                    Case No. 3:12-CV-06342-CRB
OR FOR A MORE DEFINITE STATEMENT