# **EXHIBIT 1**

**one llp**
intellectual property & entertainment law

4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660

Peter Afrasiabi
949.502.2871 Direct Dial

pafrasiabi@onellp.com

www.onellp.com

[Stamp: DEC 2012 L'Oréal Legal Dept.]

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

December 13, 2012

L'Oréal USA, Inc.
50 Connell Dr.
Berkeley Heights, NJ 07922-2705

L'Oréal USA, Inc.
575 Fifth Ave.
New York, NY 10017

Maybelline, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543

      Re:    *Consumer's Notice and Demand for Remedy or Cure*

To L'Oréal USA, Inc. and Maybelline, LLC:

      This firm represents Liat Orshansky, who is a consumer of certain of your cosmetic products. This letter is to notify you that you have engaged in unfair methods of competition and/or deceptive acts or practices and/or have breached implied or express warranties in violation of various statutes, including but not limited to Civil Code section 1770, in connection with your sale of the following cosmetic products to consumers: Super Stay 14 HR Lipstick and Super Stay 10 HR Stain/Gloss ("Super Stay Products") and New Voluminous False Fiber Lashes and Volum'Express The Falsies ("Mascara Products") (collectively, "Cosmetic Products").

      Specifically, you represented and warranted that your Super Stay Products would remain on the wearer's lips for a certain length of time and would not dry out, and that your Mascara Products would produce the effect that the wearer has longer, thicker lashes and would not clump, flake, or smudge, and that the Mascara Products could be easily removed with soap and water.

      Ms. Orshansky and other persons were induced to purchase your Cosmetic Products based on these and related representations; however, they have reported that your Cosmetic

December 13, 2012
Page 2



Products do not conform to your representations. Consequently, you have committed unlawful acts and profited at the expense of consumers. The attached and incorporated Complaint spells out your unlawful practices and/or violations in greater detail.

Demand is hereby made pursuant to statute, including but not limited to California Civil Code section 1782, subd. (a)(2), that you agree to cease these unlawful practices and restore to consumers the money improperly taken from them within 30 days after receipt of this notice or my client will seek actual, punitive, and statutory damages as appropriate.

Sincerely,

Peter R. Afrasiabi