| | |
|---|---|
| C. Brandon Wisoff (SBN 121930) | Jeremy Feigelson |
| bwisoff@fbm.com | (*to be admitted pro hac vice*) |
| Benjamin J. Sitter (SBN 273394) | jfeigelson@debevoise.com |
| bsitter@fbm.com | Jeffrey S. Jacobson |
| FARELLA BRAUN + MARTEL LLP | (*to be admitted pro hac vice*) |
| 235 Montgomery Street, 17th Floor | jsjacobson@debevoise.com |
| San Francisco, CA 94104 | DEBEVOISE & PLIMPTON LLP |
| Telephone: (415) 954-4400 | 919 Third Avenue |
| Facsimile: (415) 954-4480 | New York, NY 10022 |
| | Telephone: (212) 909-6000 |
| Frederick B. Warder III | Facsimile: (212) 521-7479 |
| (*admitted pro hac vice*) | |
| fbwarder@pbwt.com | |
| PATTERSON BELKNAP WEBB & TYLER LLP | |
| 1133 Avenue of the Americas | |
| New York, NY 10036 | |
| Telephone: (212) 336-2121 | |
| Facsimile: (212) 336-2222 | |

Attorneys for Defendants L'ORÉAL USA, INC. and MAYBELLINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | CASE NO. 3:12-CV-06342-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>DATE: April 19, 2013<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 6, 17th Floor<br>JUDGE: Hon. Charles R. Breyer |

The motion of Defendants' L'Oréal USA, Inc. and Maybelline, LLC ("Defendants") to dismiss Plaintiff's Complaint or, in the alternative, to request a more definite statement in the above-captioned case came regularly for hearing by the Court on April 19, 2013. Based on the motion, the arguments of counsel and all papers presented to the Court, being duly advised and good cause appearing, the Court hereby grants Defendants' motion. In doing so, the Court rules that:

(1) Plaintiff failed to plead an injury sufficient to confer standing under the California Legal Remedies Act (Cal. Civ. Code §§ 1750 *et seq.*), breach of express warranty, breach of implied warranty of merchantability, the California False Advertising Law (Cal. Bus. & Prof. Code §§ 17500 *et seq.*), the California Unfair Business Practices Law (Cal. Bus. & Prof. Code §§ 17200 *et seq.*), the Song-Beverly Act (Cal. Civ. Code §§ 1790 *et seq.*), and the Magnuson-Moss Warranty Act (15 U.S.C. §§ 2301 *et seq.*).

(2) Plaintiff failed to state a claim upon which relief can be granted under any of these statutes or theories; and

(3) Plaintiff failed to plead facts sufficient to provide a short, plain statement showing she is entitled to relief and failed to plead her fraud-based claims with particularity as required by Rules 8 and 9 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that Plaintiff's Complaint, and each claim thereof, be dismissed.

DATED:

_____
Hon. Charles R. Breyer
United States District Court Judge