C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Benjamin J. Sitter (State Bar No. 273394)
bsitter@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2121
(212) 336-2222 (fax)

Jeremy Feigelson *(to be admitted pro hac vice)*
jfeigelson@debevoise.com
Jeffrey S. Jacobson (*to be admitted pro hac vice*)I
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6230
Facsimile:  (212) 521-7479

Attorneys for Defendants L'ORÉAL USA, INC. and MAYBELLINE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:       April 19, 2013<br>TIME:        10:00 a.m.<br>PLACE:     Courtroom 6, 17th Floor<br>JUDGE:     Hon. Charles R. Breyer |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 4:12-cv-06342-CRB

28569\3551117.1

1    I, the undersigned, declare that I am a resident of the State of California, employed in the
2    County of San Francisco, over the age of eighteen years and not a party to the within action. My
3    business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San
4    Francisco, California 94104.
5    On February 22, 2013, I served the within document(s):

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(E)**

**DECLARATION OF ASHLEY E. FISHER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(E)**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

_____ **BY ELECTRONIC FILING:** I hereby certify that the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

_____ **PERSONAL DELIVERY:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for personal delivery by Specialized Legal Services to the addressee.

__X_ **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

_____ **FEDERAL EXPRESS:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for delivery by overnight courier to the addressee.

_____ **FACSIMILE TRANSMISSION:** a true and correct copy transmitted via facsimile to each addressee listed below.

_____ **ELECTRONIC TRANSMISSION:** a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 4:12-cv-06342-CRB         - 2 -         28569\3551117.1

| | |
|---|---|
| 1 | Jeremy Feigelson |
| | jfeigelson@debevoise.com |
| 2 | Jeffrey S. Jacobson |
| | jsjacobson@debevoise.com |
| 3 | DEBEVOISE & PLIMPTON LLP |
| | 919 Third Avenue |
| 4 | New York, New York 10022 |
| | Telephone: (212) 909-6230 |
| 5 | Facsimile: (212) 521-7479 |

Attorney for Plaintiff and the [Proposed] Class

**(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California on February 22, 2013.

/s/
Maria Zappas

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 4:12-cv-06342-CRB
- 3 -
28569\3551117.1