| | |
|---|---|
| 1 | C. Brandon Wisoff (SBN 121930) |
|   | bwisoff@fbm.com |
| 2 | Benjamin J. Sitter (SBN 273394) |
|   | bsitter@fbm.com |
| 3 | FARELLA BRAUN + MARTEL LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
| 6 | Frederick B. Warder III (*admitted pro hac vice*) |
|   | fbwarder@pbwt.com |
| 7 | PATTERSON BELKNAP WEBB & TYLER LLP |
|   | 1133 Avenue of the Americas |
| 8 | New York, New York 10036 |
|   | Telephone: (212) 336-2121 |
| 9 | Facsimile: (212) 336-2222 |
| 10 | Jeremy Feigelson (*to be admitted pro hac vice*) |
|   | jfeigelson@debevoise.com |
| 11 | Jeffrey S. Jacobson (*admitted pro hac vice*) |
|   | jsjacobson@debevoise.com |
| 12 | DEBEVOISE & PLIMPTON LLP |
|   | 919 Third Avenue |
| 13 | New York, New York 10022 |
|   | Telephone: (212 909-6230 |
| 14 | |
|   | Attorneys for Defendants |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated, | Case No. 4:12-cv-06342-CRB |
| Plaintiffs, | **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(E)** |
| vs. | |
| L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK, | |
| Defendants. | Date: April 19, 2013 |
|   | Time: 10:00 a.m. |
|   | Place: Courtroom 6, 17th Floor |
|   | Judge: Hon. Charles R. Breyer |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF WITHDRAWAL
Case No. 4:12-cv-06342-CRB

28569\3580084.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7(e), L'ORÉAL USA and MAYBELLINE, LLC (collectively "Defendants") hereby withdraw their Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), or in the alternative, pursuant to Federal Rule of Civil Procedure 12(e). Defendants' motion was filed on February 22, 2013 (Dkt. #18), and noticed for hearing on April 19, 2013 at 10:00 a.m.

Rather than oppose the motion, LIAT ORSHANSKY ("Plaintiff") filed a First Amended Complaint ("FAC") on March 8, 2013 (Dkt. #21). In light of this amendment, Defendants hereby withdraw their motion while preserving any and all arguments that may be applicable to the FAC. Defendants will respond to the FAC in due course.

DATED: March 15, 2013.             FARELLA BRAUN + MARTEL LLP


                                   By:      /s/
                                         C. Brandon Wisoff

                                   Attorneys for Defendants

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF WITHDRAWAL
Case No. 4:12-cv-06342 CRB

- 2 -

28569\3580084.1