Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, <br><br> Plaintiff(s), <br><br> v. <br><br> L'OREAL USA, INC. and MAYBELLINE, LLC <br><br> Defendant(s). | Case No: 3:12-CV-06342 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jeremy Feigelson, an active member in good standing of the bar of The State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: L'Oreal USA, Inc. and Maybelline, LLC in the above-entitled action. My local co-counsel in this case is C. Brandon Wisoff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Debevoise & Plimpton, 919 Third Avenue New York, NY 10022 | Farella Braun & Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 909-6000 | (415) 954-4400 |
| My email address of record: | Local co-counsel's email address of record: |
| jfeigelson@debevoise.com | bwisoff@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/07/13

Jeremy Feigelson
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeremy Feigelson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 18, 2013

UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer

IT IS SO ORDERED

PRO HAC VICE APPLICATION & ORDER                                          October 2012