1    C. Brandon Wisoff (SBN 121930)
     bwisoff@fbm.com
2    Benjamin J. Sitter (SBN 273394)
     bsitter@fbm.com
3    FARELLA BRAUN + MARTEL LLP
     235 Montgomery Street, 17th Floor
4    San Francisco, CA 94104
     Telephone: (415) 954-4400
5    Facsimile: (415) 954-4480

6    Frederick B. Warder III (*admitted pro hac vice*)
     fbwarder@pbwt.com
7    PATTERSON BELKNAP WEBB & TYLER LLP
     1133 Avenue of the Americas
8    New York, New York 10036
     Telephone: (212) 336-2121
9    Facsimile: (212) 336-2222

10   Jeremy Feigelson (*admitted pro hac vice*)
     jfeigelson@debevoise.com
11   Jeffrey S. Jacobson (*admitted pro hac vice*)
     jsjacobson@debevoise.com
12   DEBEVOISE & PLIMPTON LLP
     919 Third Avenue
13   New York, New York 10022
     Telephone: (212 909-6230
14
     Attorneys for Defendants MAYBELLINE LLC and
15   L'ORÉAL USA, INC.

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19
     LIAT ORSHANSKY, on behalf of herself         Case No. 3:12-cv-06342-CRB
20   and others similarly situated,
                                                   **DEFENDANTS' CORPORATE**
21                    Plaintiffs,                  **DISCLOSURE STATEMENT AND**
                                                   **CERTIFICATION OF INTERESTED**
22            vs.                                  **ENTITIES OR PERSONS**

23   L'OREAL USA, INC. , a Delaware
     corporation; MAYBELLINE, LLC, a New
24   York limited liability company dba
     MAYBELLINE, NEW YORK,
25
                      Defendants.
26

27

28

DEFS.' CORPORATE
DISCLOSURE/INTERESTED ENTITIES
Case No. 3:12-cv-06342-CRB
6040010v.1

28569\3587168.1

1

## CORPORATE DISCLOSURE STATEMENT

2          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies

3    that:

4          1.          Defendant Maybelline LLC is a New York limited-liability corporation wholly

5    owned by Defendant L'Oréal USA, Inc., a Delaware corporation.

6          2.          Non-Party L'Oréal S.A. is the parent corporation of, or is a publicly held

7    corporation that owns 10% or more stock of, Defendant L'Oréal USA, Inc.

8

9          ## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

10         Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the

11   parties and non-party described above, there is no such interest to report.

12

13   DATED:  March 20, 2013                    FARELLA BRAUN + MARTEL LLP

14

15                                            By:_____/s/_____
16                                               C. Brandon Wisoff

17                                            Attorneys for Defendants MAYBELLINE LLC and
                                              L'ORÉAL USA, INC.

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEFS.' CORPORATE
DISCLOSURE/INTERESTED ENTITIES          - 2 -                              28569\3587168.1
Case No. 3:12-cv-06342 CRB

6040010v.1