| | |
|---|---|
| C. Brandon Wisoff (SBN 121930) <br> bwisoff@fbm.com <br> Benjamin J. Sitter (SBN 273394) <br> bsitter@fbm.com <br> FARELLA BRAUN + MARTEL LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 954-4400 <br> Facsimile: (415) 954-4480 <br><br> Frederick B. Warder III (*admitted pro hac vice*) <br> fbwarder@pbwt.com <br> PATTERSON BELKNAP WEBB & TYLER LLP <br> 1133 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 336-2121 <br> Facsimile: (212) 336-2222 | Jeremy Feigelson (*admitted pro hac vice*) <br> jfeigelson@debevoise.com <br> Jeffrey S. Jacobson (*admitted pro hac vice*) <br> jsjacobson@debevoise.com <br> DEBEVOISE & PLIMPTON LLP <br> 919 Third Avenue <br> New York, NY 10022 <br> Telephone: (212) 909-6000 <br> Facsimile: (212) 521-7479 |

Attorneys for Defendants L'ORÉAL USA, INC. and MAYBELLINE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK, <br><br> Defendants. | CASE NO. 3:12-CV-06342-CRB <br><br> **DECLARATION OF C. BRANDON WISOFF IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO STAY DEADLINES** <br><br> JUDGE: Hon. Charles R. Breyer |

DECLARATION OF DECLARATION OF C. BRANDON WISOFF ISO DEFENDANTS' ADMINISTRATIVE MOTION TO STAY DEADLINES
652v2
6038421v.1
6040157v.1

Case No. 3:12-CV-06342-CRB
28569\3584730.1

I, C. Brandon Wisoff, declare:

1. I am an attorney licensed to practice in the courts of the State of California and before this Court, and a partner of Farella Braun + Martel LLP, local counsel for Defendants herein. I have personal knowledge of the matters stated herein and could and would testify competently thereto under oath if required.

2. There currently are three other putative class actions pending against Defendants, or some of them, in three other federal jurisdictions (one in the Southern District of New York where Defendants are headquartered, as well as one each in the Southern and Eastern Districts of California) raising allegations similar to those raised herein. The identity of those actions, the dates they were filed and the claims raised therein are more fully set forth in the Declaration of Adam Blumenkrantz, filed herewith.

3. Defendants will be filing imminently a petition with the Judicial Panel on Multidistrict Litigation ("MDL Panel") seeking MDL coordination of all four actions in the SDNY, the jurisdiction in which the first action was filed and where Defendants are headquartered.

4. Defendants would like to stay all deadlines and proceedings herein until the MDL petition is decided. Certain deadlines are scheduled to occur within the next several weeks before the Court could likely hear and decide a regularly noticed motion seeking such stay. Specifically, Defendants' response to the First Amended Complaint is due March 25, 2013. ADR selections are due March 29, 2013. Initial Disclosures are due April 3, 2013. The Joint Case Management Statement is due on April 12, 2013. The Court has the initial Case Management Conference scheduled for April 19.

5. On March 18, 2013, I spoke by telephone with Mr. Peter Afrasiabi, counsel for Plaintiff herein. I told Mr. Afrasiabi that Defendants had decided to petition the MDL Panel to transfer this putative class action and the two others to

DECLARATION OF DECLARATION OF C. BRANDON WISOFF ISO DEFENDANTS' ADMINISTRATIVE MOTION TO STAY DEADLINES
652v2
6038421v.1
6040157v.1

- 1 -

Case No. 3:12-CV-06342-CRB
28569\3584730.1

1  the SDNY where the first filed action is pending for coordinated MDL proceedings.
2  I asked Mr. Afrasiabi if he would stipulate on behalf on behalf of Plaintiff to stay
3  further deadlines and proceedings in this action, pending (1) a decision by the MDL
4  Panel whether to transfer this action or, alternatively, (2) a decision by this Court,
5  after briefing and hearing on a regularly noticed motion, to stay all such deadlines
6  and proceedings pending a decision by the MDL Panel.

7       6.     Mr. Afrasiabi declined to stipulate to either request.

8       7.     I then informed Mr. Afrasiabi that Defendants would be filing an
9  administrative motion seeking an order from this Court to stay all deadlines and
10 further proceedings herein so as to allow time for Defendants to bring a properly
11 noticed motion seeking a further stay of all deadlines and proceedings herein until
12 such time as the MDL Panel has determined where this action may proceed.

13 I declare under penalty of perjury that this declaration was executed this 20th
14 day of March at San Francisco, California.

16                                              /s/ C. Brandon Wisoff
17                                                  C. Brandon Wisoff

28   DECLARATION OF DECLARATION OF C. BRANDON WISOFF ISO DEFENDANTS' ADMINISTRATIVE MOTION TO STAY DEADLINES   - 2 -   Case No. 3:12-CV-06342-CRB
28569\3584730.1

6038421v.1
6040157v.1