1  C. Brandon Wisoff (SBN 121930)

2  bwisoff@fbm.com
   Benjamin J. Sitter (SBN 273394)

3  bsitter@fbm.com
   FARELLA BRAUN + MARTEL LLP

4  235 Montgomery Street, 17th Floor

5  San Francisco, CA 94104
   Telephone: (415) 954-4400

6  Facsimile: (415) 954-4480

7

8  Frederick B. Warder III (*admitted pro hac vice*)

9  fbwarder@pbwt.com
   PATTERSON BELKNAP WEBB &

10 TYLER LLP

11 1133 Avenue of the Americas
   New York, NY 10036

12 Telephone: (212) 336-2121

13 Facsimile: (212) 336-2222

14 Attorneys for Defendants L'ORÉAL

15 USA, INC. and MAYBELLINE LLC

Jeremy Feigelson (*admitted pro hac vice*)
jfeigelson@debevoise.com
Jeffrey S. Jacobson (*admitted pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7479

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA

18 LIAT ORSHANSKY, on behalf of
   herself and others similarly situated,

19                Plaintiffs,

20 vs.

21 L'OREAL USA, INC. , a Delaware

22 corporation; MAYBELLINE, LLC, a
   New York limited liability company

23 dba MAYBELLINE, NEW YORK,

24                Defendants.

CASE NO. 3:12-CV-06342-CRB

**DECLARATION OF ADAM
BLUMENKRANTZ IN SUPPORT OF
DEFENDANTS' ADMINISTRATIVE
MOTION TO STAY DEADLINES**

JUDGE:  Hon. Charles R. Breyer

25

26

27

28

1    I, Adam Blumenkrantz, declare:

2         1.     I am an attorney licensed to practice in the courts of the State of New

3    York and an associate at Patterson Belknap Webb & Tyler LLP, counsel for

4    Defendants in this case and in the three other matters described below.  I have

5    personal knowledge of the matters stated herein and could and would testify

6    competently thereto under oath if required.

7         2.     In addition to this action, there currently are three other putative class

8    action suits pending against Defendants, specifically Maybelline LLC, in three

9    other federal jurisdictions.

10        3.     The first action is *Leebove, et al. v. Maybelline, LLC*, Case No. 12-

11   7146 (JGK) (S.D.N.Y), filed in the Southern District of New York on September

12   12, 2012.  In this action, Plaintiffs raise deceptive practice claims under various

13   state statutes as well as other common law causes of action, all related to the

14   SuperStay 10HR Stain Gloss and SuperStay 14HR Lipstick products.  Plaintiffs

15   seek certification of a nationwide class of purchasers of such products, as well as

16   sub-classes of purchasers from Michigan, New York and New Jersey.  Attached as

17   Exhibit A is a true and correct copy of the current operative complaint filed in

18   *Leebove, et al. v. Maybelline, LLC.*

19        4.     The second action is *Algarin v. Maybelline, LLC*, Case No. 12-cv-3000

20   (AJB) (DHB) (S.D. Cal.), filed in the Southern District of California on December

21   18, 2012.  Plaintiff alleges that Defendant violated various California state statutes

22   and breached an express warranty, all in connection with its marketing and

23   promotion of the SuperStay 24 Lipcolor product.  Plaintiff seeks certification of a

24   multi-state class of purchasers in California and in other "states with similar laws,"

25   as well as a California-only sub-class.   Attached as Exhibit B is a true and correct

26   copy of the current operative complaint filed in *Algarin v. Maybelline, LLC.*

27

28

DECLARATION OF DECLARATION OF ADAM
BLUMENKRANTZ ISO DEFENDANTS'                    - 1 -              Case No. 3:12-CV-06342-CRB
ADMINISTRATIVE MOTION TO STAY DEADLINES                                       28569\3584730.1

1      5.     The third action is *Murdock v. Maybelline, LLC*, Case No. 13-cv-

2  00207 (JAM) (EFB) (E.D. Cal.), filed in the Eastern District of California on

3  February 1, 2013.  Plaintiff raises claims of deceptive marketing, advertising and

4  promotion of the SuperStay 24 Lipcolor and SuperStay 24HR Makeup products

5  under California statutory and common law, and seeks certification of a class of

6  California purchasers.   Attached as Exhibit C is a true and correct copy of the

7  current operative complaint filed in *Murdock v. Maybelline, LLC*.

8      I declare under penalty of perjury that this declaration was executed this

9  20th day of March at New York, New York.

10

11

12                                Adam Blumenkrantz

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DECLARATION OF ADAM
BLUMENKRANTZ ISO DEFENDANTS'     - 2 -     Case No. 3:12-CV-06342-CRB
ADMINISTRATIVE MOTION TO STAY DEADLINES            28569\3584730.1