| | |
|---|---|
| 1 | C. Brandon Wisoff (SBN 121930) |
|   | bwisoff@fbm.com |
| 2 | FARELLA BRAUN + MARTEL LLP |
|   | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480 |
| 5 | Frederick B. Warder III (*admitted pro hac vice*) |
|   | fbwarder@pbwt.com |
| 6 | PATTERSON BELKNAP WEBB & TYLER LLP |
|   | 1133 Avenue of the Americas |
| 7 | New York, New York 10036 |
|   | Telephone: (212) 336-2121 |
| 8 | Facsimile: (212) 336-2222 |
| 9 | Jeremy Feigelson (*admitted pro hac vice*) |
|   | jfeigelson@debevoise.com |
| 10 | Jeffrey S. Jacobson (*admitted pro hac vice*) |
|    | jsjacobson@debevoise.com |
| 11 | DEBEVOISE & PLIMPTON LLP |
|    | 919 Third Avenue |
| 12 | New York, New York 10022 |
|    | Telephone: (212) 909-6230 |
| 13 | |
| 14 | Attorneys for Defendants L'OREAL USA, INC. and MAYBELLINE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated, | Case No. 3:12-cv-06342-CRB |
| Plaintiffs, | **NOTICE OF FILING OF MOTION BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER FOR COORDINATED OR CONSOLIDATED PROCEEDINGS** |
| vs. | |
| L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK, | JUDGE: Hon. Charles R. Breyer |
| Defendants. | |

PLEASE TAKE NOTICE that attached as Exhibit A are true and correct copies of Defendants L'Oreal USA, Inc. and Maybelline LLC's papers in support of their motion to transfer the present action to the Southern District of New York for coordinated or consolidated

pretrial proceedings, which were filed with the Judicial Panel on Multidistrict Litigation on March 22, 2013.

Dated:  March 25, 2013

By /s/ C. Brandon Wisoff
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2121
Facsimile:  (212) 336-2222

Jeremy Feigelson (*admitted pro hac vice*)
jfeigelson@debevoise.com
Jeffrey S. Jacobson (*admitted pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212 909-6230

*Attorneys for Defendants L'Oreal USA, Inc. and Maybelline LLC*

NOT. OF MOT. BEFORE JUDICIAL PANEL ON
MULTIDISTRICT TRANSFER
Case No.:  3:12-cv-06342-CRB

- 2 -

28569\3602478.1