C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Benjamin J. Sitter (SBN 273394)
bsitter@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

Jeremy Feigelson (*admitted pro hac vice*)
jfeigelson@debevoise.com
Jeffrey S. Jacobson (*admitted pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212 909-6230

Attorneys for Defendants L'ORÉAL USA, INC. and MAYBELLINE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC. , a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:12-cv-06342-CRB<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN INTERIM STAY OF <u>DEADLINES AND PROCEEDINGS</u>** |

[PROPOSED] ORDER GRANTING DEFS'
ADMIN MOTION FOR INTERIM STAY
Case No. 3:12-cv-06342-CRB

6039933v.1

1  Presently before the Court is the administrative motion of defendants Maybelline LLC and
2  L'Oréal USA, Inc. for an interim stay of deadlines and proceedings. Defendants seek a
3  temporary stay pending a further determination by the Court, after a noticed motion and hearing,
4  whether to further stay all deadlines and proceedings herein pending defendants' MDL petition to
5  have this action coordinated with others in the United States District Court for the Southern
6  District of New York. Having considered the matter, and for good cause shown, the Court hereby
7  GRANTS defendants' administrative motion.

All case deadlines and further proceedings herein are temporarily stayed. On or before March 29, 2013, defendants shall file their regularly noticed motion seeking a further stay of deadlines and proceedings pending a determination of defendants' petition before the MDL Panel. Defendants shall notice their motion for a further stay of proceedings for the first available date on the Court's law and motion calendar that complies with the notice provisions of the Federal Rules of Civil Procedure and this Court's local rules.

The initial Case Management Conference ("CMC"), currently scheduled for April 19, 2013, is hereby vacated. The Court shall select a new CMC date, if appropriate, following its decision on defendants' regularly noticed motion for a stay of further proceedings.

IT IS SO ORDERED.

Dated: March 26, 2013



Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFS'
ADMIN MOTION FOR INTERIM STAY - 2 -
Case No. 3:12-cv-06342 CRB

28569\3587308.1