C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

Jeremy Feigelson (*admitted pro hac vice*)
jfeigelson@debevoise.com
Jeffrey S. Jacobson (*admitted pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6230

Attorneys for Defendants L'OREAL USA, INC.
and MAYBELLINE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:12-cv-06342-CRB<br><br>**DEFENDANTS'RE- NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Dkt. 34)**<br><br>**New Date:** **June 28, 2013**<br>Previously Set Date: May 3, 2013<br>Time: 10:00 a.m.<br><br>Courtroom: 6<br>Judge: Hon. Charles R. Breyer |

**RE-NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7(a), Defendants L'Oreal USA, Inc. and Maybelline LLC (together "Maybelline")[1] hereby re-notice their motion (Dkt. 34) – for an order staying all deadlines and proceedings herein pending a ruling from the Judicial Panel for Multidistrict Litigation ("JPML") on the currently pending motion to consolidate this and other actions in a single Multidistrict Litigation ("MDL") – for hearing on June 28, 2013, at 10:00 a.m. or as soon thereafter as the matter may be heard. This Re-Notice of Motion was requested by the Court because due to sequestration the Court will now be closed on the previously scheduled hearing date of May 3, 2013. The new June 28, 2013 hearing date set forth herein has been agreed to by all counsel. This Motion shall be based on the papers previously filed and served on March 26, 2013 (Dkt. 34) and on any other matters submitted prior to or at the hearing on the Motion, as well as any matters of which the Court may take judicial notice.

Dated: April 4, 2013

By /s/ C. Brandon Wisoff
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III (*admitted pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

---

[1] Maybelline LLC is a limited-liability corporation wholly owned by L'Oreal USA, Inc. (Dkt. 26.)

DEFS' RE-NOTICED MTN. TO STAY
PROCEEDINGS PENDING JPML RULING     1
Case No. 3:12-CV-06342-CRB

28569\3617609.1

| | |
|---|---|
| 1 | Jeremy Feigelson (*admitted pro hac vice*) |
| | jfeigelson@debevoise.com |
| 2 | Jeffrey S. Jacobson (*admitted pro hac vice*) |
| | jsjacobson@debevoise.com |
| 3 | DEBEVOISE & PLIMPTON LLP |
| | 919 Third Avenue |
| 4 | New York, New York 10022 |
| | Telephone: (212 909-6230 |

*Attorneys for Defendants L'Oreal USA, Inc. and Maybelline LLC*

DEFS' RE-NOTICE MTN. TO STAY
PROCEEDINGS PENDING JPML RULING          2
Case No. 3:12-CV-06342-CRB