| | |
|---|---|
| C. Brandon Wisoff (State Bar No. 121930)<br>bwisoff@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Peter R. Afrasiabi (State Bar No. 193336)<br>pafrasiabi@onellp.com<br>One LLP<br>4000 MacArthur blvd.<br>West Tower, Suite 1100<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>Facsimile: (949) 258-5081 |
| Frederick B. Warder III (Admitted *pro hac vice*)<br>fbwarder@pbwt.com<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2121<br>Facsimile: (212) 336-2222 | Attorney for Plaintiff |

Jeremy Feigelson (Admitted *pro hac vice*)
jfeigelson@debevoise.com
Jeffrey S. Jacobson (Admitted *pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212 909-6230

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>L'OREAL USA, INC. , a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>          Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE OPPOSITION/REPLY BRIEFS TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON <u>MULTIDISTRICT LITIGATION</u>** |

      Pursuant to Local Rules 6-2(a), 7-7(d) and 7-12, the parties hereto, Plaintiff Liat Orshansky, on the one hand, and Defendants L'Oreal USA, Inc. and Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York (collectively "Defendants"), on the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME
Case No. 4:12-cv-06342-CRB

28569\3617953.1

1  other hand, by and through their respective counsel of record, hereby stipulate as follows:

2      1.    On March 26, 2013 the Defendants filed their Notice of Motion and Motion to

3  Stay Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation (Dkt. 34),

4  noticing the hearing for May 3, 2013.  Opposition/reply briefs are currently due to be filed on

5  April 9 and April 16, 2013, respectively.

6      2.    On April 4, 2013, the Court advised counsel for Defendants that due to

7  sequestration the Court will be closed on May 3, 2013 and that Defendants should re-notice their

8  motion for an alternative date agreed to by the parties.

9      3.    The parties have agreed to a new hearing date of June 28, 2013 and Defendants

10 have re-noticed their motion for hearing on that date.

11     4.    Local Rule 7-7(d) provides that a continuance of the hearing date does not in and

12 of itself change the briefing deadlines.

13     5.    The parties are agreeable, subject to Court approval, to continuing the briefing

14 deadlines in light of the over one month continuance of the hearing date.

15     6.    The parties agree that, subject to Court approval, the parties' respective briefing

16 deadlines shall be extended so that Plaintiff shall file his opposition no later than June 7, 2013,

17 and Defendants shall file their reply no later than June 14, 2013.

18     IT IS SO STIPULATED:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION EXTENDING TIME
Case No. 4:12-cv-06342 CRB — - 2 -

28569\3617953.1

| | | |
|---|---|---|
| 1 | DATED: April 4, 2013. | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | C. Brandon Wisoff<br>Attorneys for Defendants |
| 5 | DATED: April 4, 2013. | ONE LLP |
| 6 | | |
| 7 | | |
| 8 | | By: /s/<br>Peter R. Afrasiabi |
| 9 | | Attorney for Plaintiff |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April 2013.

                                                /s/
                                        C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: April 5, 2013

Hon. Charles
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION EXTENDING TIME
Case No. 4:12-cv-06342 CRB

- 3 -

28569\3617953.1