| | |
|---|---|
| 1 | C. Brandon Wisoff (SBN 121930) |
| | bwisoff@fbm.com |
| 2 | FARELLA BRAUN + MARTEL LLP |
| | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480 |
| 5 | Frederick B. Warder III (*admitted pro hac vice*) |
| | fbwarder@pbwt.com |
| 6 | PATTERSON BELKNAP WEBB & TYLER LLP |
| | 1133 Avenue of the Americas |
| 7 | New York, New York 10036 |
| | Telephone: (212) 336-2121 |
| 8 | Facsimile: (212) 336-2222 |
| 9 | Jeremy Feigelson (*admitted pro hac vice*) |
| | jfeigelson@debevoise.com |
| 10 | Jeffrey S. Jacobson (*admitted pro hac vice*) |
| | jsjacobson@debevoise.com |
| 11 | DEBEVOISE & PLIMPTON LLP |
| | 919 Third Avenue |
| 12 | New York, New York 10022 |
| | Telephone: (212 909-6230 |
| 13 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO STAY PROCEEDINGS PENDING A RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Date: June 28, 2013<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF WITHDRAWAL
Case No. 4:12-cv-06342-CRB

28569\3703959.1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7(e), L'ORÉAL USA and MAYBELLINE, LLC (collectively "Defendants") hereby withdraw their Motion to Stay Proceedings Pending a Ruling by the Judicial Panel on Multidistrict Litigation (Dkt. 34).

By Order dated June 6, 2013, the Judicial Panel on Multidistrict Litigation denied Defendants' transfer petition (Dkt. 39). Accordingly, Defendants withdraw their motion as moot.

DATED: June 6, 2013.                    FARELLA BRAUN + MARTEL LLP


By:    /s/
     C. Brandon Wisoff

Attorneys for Defendants

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF WITHDRAWAL
Case No. 4:12-cv-06342 CRB

- 2 -

28569\3703959.1