Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd
West Tower, Suite 1100
Newport Beach, CA 92660
T: 949-502-2870
F: 949-258-5081

Attorneys for Plaintiff,

C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III (Admitted *pro hac vice*)
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

Jeremy Feigelson (Admitted *pro hac vice*)
jfeigelson@debevoise.com
Jeffrey S. Jacobson (Admitted *pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6230
Facsimile: (212) 521-7230

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>　　　　　Defendants. | Case No. 3:12-CV-06342-CRB<br>Hon. Charles R. Breyer<br><br>**JOINT STIPULATION REQUEST FOR STATUS CONFERENCE HEARING FOR JULY 12, 2013** |

**JOINT STIPULATION REQUEST**
Case No. 3:12-cv-06342-CRB

The parties hereto, Plaintiff Liat Orshansky, on the one hand, and Defendants L'Oreal USA, Inc. and Maybelline, LLC (collectively "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

1. The prior Case Management Conference was set for March 29, 2013, then moved by stipulation to April 19, 2013.

2. The Case Management Conference re-scheduled to April 19, 2013 was then vacated pending the decision on Defendant's Motion before the United States Judicial Panel on Multidistrict Litigation.

3. On June 6, 2013, the United States Judicial Panel on Multidistrict Litigation denied the motion, and the parties now request that the Case Management Conference be held on July 12, 2013.

IT IS SO STIPULATED:

Dated: June 21, 2013   **ONE LLP**

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
Attorneys for Plaintiff

Dated: June 21, 2013   **FARELLA BRAUN & MARTEL LLP**

By: /s/ C. Brandon Wisoff
C. Brandon Wisoff
Attorneys for Defendants

Dated: June 21, 2013   **PATTERSON BELKNAP WEBB TYLER**

By: /s/ Frederick B. Warder
Frederick B. Warder
Attorneys for Defendants

Dated: June 21, 2013   **DEBEOISE & PLIMPTON**

By: /s/ Jeremy Feigelson
Jeremy Feigelson
Attorneys for Defendants

2

**JOINT STIPULATION REQUEST**
Case No. 3:12-cv-06342-CRB

1 | ATTESTATION PURSUANT TO CIVIL L.R. 5-1

2 |     I, Peter Afrasiabi, am the ECF User whose ID and password are being used to file

3 | this Stipulation and Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that

4 | the concurrence in the filing of this document has been obtained from each of the

5 | signatories. I declare under penalty of perjury under the laws of the United States of

6 | America that the foregoing is true and correct.

7 |     Executed this 21st day of June, 2013.

8 |

9 |         /s/ Peter R. Afrasiabi
        Peter R. Afrasiabi

10 |

11 | PURSUANT TO STIPULATION, IT IS SO ORDERED that a Case Management

12 | Conference will be held on July 12, 2013 at _____ [or] _____.

13 |

14 | DATED: _____

15 |

16 |     Hon. Charles R. Breyer

3

**JOINT STIPULATION REQUEST**
**Case No. 3:12-cv-06342-CRB**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION REQUEST**