Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd
West Tower, Suite 1100
Newport Beach, CA 92660
T: 949-502-2870
F: 949-258-5081

Attorneys for Plaintiff,
LIAT ORSHANSKY, on behalf of herself and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>    Defendants. | Case No. 3:12-CV-06342-CRB<br>Hon. Charles R. Breyer<br><br>**PLAINTIFF LIAT ORSHANSKY'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:   July 12, 2013<br>Time:   8:30 am<br>Place:  Courtroom 6 |

PLEASE TAKE NOTICE that pursuant to the Northern District of California Local Rules 16-10(a), Plaintiff Liat Orshansky, through their undersigned counsel, Peter R. Afrasiabi, hereby request to appear by telephone at the Case Management Conference scheduled for July 12, 2013 at 8:30 a.m. in Courtroom 6 of the Northern District Court, San Francisco.

Mr. Afrasiabi can be reached at 949-502-2871.

Dated:  July 1, 2013                    **ONE LLP**

                                        By:   /s/ Peter R. Afrasiabi
                                              Peter R. Afrasiabi
                                              Attorney for Plaintiff, Liat Orshansky