1    C. Brandon Wisoff (State Bar No. 121930)
      bwisoff@fbm.com
2    FARELLA BRAUN + MARTEL LLP
      235 Montgomery Street, 17th Floor
3    San Francisco, CA 94104
      Telephone:  (415) 954-4400
4    Facsimile:  (415) 954-4480

5    Frederick B. Warder III *(admitted pro hac vice)*
      fbwarder@pbwt.com
6    PATTERSON BELKNAP WEBB & TYLER LLP
      1133 Avenue of the Americas
7    New York, New York 10036
      Telephone:  (212) 336-2121
8    Facsimile:  (212) 336-2222

9    Jeremy Feigelson *(admitted pro hac vice)*
      jfeigelson@debevoise.com
10   Jeffrey S. Jacobson *(admitted pro hac vice)*
      jsjacobson@debevoise.com
11   DEBEVOISE & PLIMPTON LLP
      919 Third Avenue
12   New York, New York 10022
      Telephone:  (212) 909-6230

13

      Attorneys for Defendants

14

15

16                UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19   LIAT ORSHANSKY, on behalf of herself and others similarly situated, | Case No. 3:12-CV-06342-CRB |
| 20            Plaintiffs, | **DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [LR 3-12]** |
| 21      vs. | |
| 22   L'OREAL USA, INC. , a Delaware corporation; MAYBELLINE, LLC, a New | Case to be Related:  *Nobles, et al. vs. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911-JSC |
| 23   York limited liability company dba MAYBELLINE, NEW YORK, | |
| 24 | |
|            Defendants. | |
| 25 | |

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION
Case No. 3:12-cv-06342-CRB

28569\3736920.1

1

**INTRODUCTION AND SUMMARY**

2      Defendants L'Oréal USA, Inc. and Maybelline LLC (together "L'Oréal") hereby move the

3   Court pursuant to Civil Local Rule 3-12 for an Order determining that a later filed action in this

4   District, *Nobles, et al. vs. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911-JSC ("*Nobles*"),

5   should be related to this earlier filed action.  Both cases assert putative class actions on behalf of

6   the same putative class members, against the same defendants, arising from the same alleged

7   misrepresentations concerning the same products.  For all practical purposes, the later filed

8   *Nobles* case is an exact duplicate of this earlier filed *Orshansky* case.[1]

9

**FACTS**

10      This earlier filed *Orshansky* case was filed on December 14, 2012.  (Dkt. 1).  On January

11   31, 2013, the case was assigned to the Hon. Charles R. Breyer.  (Dkt. 13).  After L'Oréal moved

12   to dismiss the complaint, Plaintiff filed a First Amended Complaint on March 8, 2013.  (Dkt. 21).

13   The case is set for an initial Case Management Conference before Judge Breyer on July 12, 2013.

14   (Dkt. 42).

15      The later filed *Nobles* case was filed on April 25, 2013 and assigned to the Hon.

16   Jacqueline S. Corley.  (Dkt. 1).  Within the last week L'Oréal signed and returned to Plaintiff's

17   counsel a Waiver of the Service of Summons form for each defendant.  No further proceedings

18   have occurred in the *Nobles* case.

19      Both cases are brought as putative class actions against the same defendants, namely

20   L'Oréal USA, Inc. and Maybelline LLC.  *Compare* Complaints attached to the Declaration of C.

21   Brandon Wisoff, filed herewith, at Exs. A and B.  Both cases purport to assert claims on behalf of

22   the same persons, namely nationwide and California purchases of the same four cosmetic

23   products:  Super Stay 14 HR Lipstick, Super Stay 10 HR Stain/Gloss, New Voluminous False

24   Fiber Lashes, and Volum'Express The Falsies.  *Id*.  Both cases assert the same factual claims,

25   namely that L'Oréal misrepresented the duration and other performance characteristics of the

26   various products.  *Id*.  Both cases assert the same legal claims:  violations of California's

27

28   [1] L'Oréal believes that *Nobles* should not only be related, but consolidated with *Orshansky*.  L'Oréal will raise that issue if the Court finds the cases are related.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION
Case No. 3:12-cv-06342-CRB                - 2 -                        28569\3736920.1

1  Consumers Legal Remedies Act,  Civ. Code §1750 *et. seq*., breach of express warranty, breach of

2  the implied warranty of merchantability, violations of California's Unfair Competition Law, Bus.

3  & Prof. Code §17200 *et seq*., and False Advertising Law, Cal. Bus. & Prof. Code §17500 *et seq*.,

4  and violations of the federal Magnuson-Moss Warranty Act, 15 U.S.C. §20301 et seq.  *Id*.  Both

5  cases seek monetary and injunctive relief in favor of the putative classes.  *Id*.

6  In addition to ECF service on all parties to this action, service copies of these motion

7  papers have been manually served on counsel in the *Nobles* case and courtesy copies have been

8  lodged with Magistrate Judge Corley to whom the *Nobles* case is assigned.

9  **ARGUMENT**

10  The later filed *Nobles* case is "related" to the earlier filed *Orshansky* according to the

11  definition set forth in Local Rule 3-12(a).  It should be reassigned to Judge Breyer so that the

12  issues in *Nobles* can be adjudicated efficiently and consistently with those in *Orshansky*.

13  **I.      THE ACTIONS CONCERN SAME PARTIES AND EVENTS**

14  The cases involve the exact same parties with the sole difference being the identity of the

15  named class representatives.  But each named class representative is included within the identical

16  and overlapping class definitions in each case.  Thus, the cases present a 100% overlap in parties

17  for all practical purposes.

18  **II.     PROCEEDING BEFORE DIFFERENT JUDGES WILL RESULT IN
         DUPLICATIVE EFFORT AND RISK CONFLICTING RESULTS**

19

20  The cases involve the same alleged misrepresentations concerning the same four products

21  and assert the same six causes of action on behalf of the same putative classes against the same

22  two defendants.  Discovery and motion practice will obviously overlap.  Thus, there are clear

23  efficiencies to having the cases heard before the same judge.  Conversely, there is an unwarranted

24  risk of conflicting results if the cases are heard before different judges.

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION
Case No. 3:12-cv-06342-CRB                    - 3 -                              28569\3736920.1

1

## **CONCLUSION**

2        For the reasons stated above, the Court should find that *Nobles* is related to *Orshansky* and

3  order that *Nobles* be reassigned to this Court.

4  DATED: July 3, 2013.                    FARELLA BRAUN + MARTEL LLP

5

6                                          By:_____/s/_____
                                               C. Brandon Wisoff
7
                                           Attorneys for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADMINISTRATIVE MOTION
Case No. 3:12-cv-06342-CRB            - 4 -                    28569\3736920.1