| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
|   | bwisoff@fbm.com |
| 2 | FARELLA BRAUN + MARTEL LLP |
|   | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480 |
| 5 | Frederick B. Warder III *(admitted pro hac vice)* |
|   | fbwarder@pbwt.com |
| 6 | PATTERSON BELKNAP WEBB & TYLER LLP |
|   | 1133 Avenue of the Americas |
| 7 | New York, New York 10036 |
|   | Telephone: (212) 336-2121 |
| 8 | Facsimile: (212) 336-2222 |
| 9 | Jeremy Feigelson *(admitted pro hac vice)* |
|   | jfeigelson@debevoise.com |
| 10 | Jeffrey S. Jacobson *(admitted pro hac vice)* |
|   | jsjacobson@debevoise.com |
| 11 | DEBEVOISE & PLIMPTON LLP |
|   | 919 Third Avenue |
| 12 | New York, New York 10022 |
|   | Telephone: (212) 909-6230 |
| 13 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:12-cv-06342-CRB<br><br>**DECLARATION OF C. BRANDON WISOFF IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. OF WISOFF ISO ADMIN. MOT. TO
CONSIDER CASES SHOULD BE RELATED
Case No. 3:12-cv-06342-CRB

28569\3736954.1

I, C. Brandon Wisoff, declare:

1. I am an attorney licensed to practice in the courts of the State of California and before this Court, and a partner of Farella Braun + Martel LLP, local counsel for Defendants L'ORÉAL USA, INC. and MAYBELLINE, LLC herein. I have personal knowledge of the matters stated herein and could and would testify competently thereto under oath if required.

2. Attached hereto as Exhibit A, is a true and correct copy of the First Amended Complaint (the current operative complaint) filed in *Orshansky, et al. vs. L'Oréal USA, Inc., et al.*, Case No. 3:12-cv-06342-CRB ("*Orshansky*") currently pending in the Northern District before this Court.

3. Attached hereto as Exhibit B, is a true and correct copy of the complaint filed in *Nobles, et al. vs. L'Oréal USA, Inc., et al.*, Case No. 3L13-cv-01911-JSC, currently pending in the Northern District and assigned to the Hon. Jacqueline S. Corley.

4. In addition to ECF service on all parties in this action, copies of Defendants' motion papers on this Administrative Motion are being manually (1) served on plaintiff's counsel for *Nobles* and (2) lodged with Magistrate Judge Corley's chambers in accordance with Local Rule 3-12.

5. While not required for purposes of this motion, I have advised Mr. Reginald Terrell, plaintiff's counsel in *Nobles*, of the July 12 Case Management Conference in this action and recommended that he attend that conference.

I declare under penalty of perjury that this declaration was executed this 3rd day of July at San Francisco, California.

/s/
C. Brandon Wisoff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECL. OF WISOFF ISO ADMIN. MOT. TO
CONSIDER CASES SHOULD BE RELATED
Case No. 3:12-v-06342-CRB

- 2 -

28569\3736954.1