1  C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
2  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5  Frederick B. Warder III (*admitted pro hac vice*)
   fbwarder@pbwt.com
6  PATTERSON BELKNAP WEBB & TYLER LLP
   1133 Avenue of the Americas
7  New York, New York 10036
   Telephone: (212) 336-2121
8  Facsimile: (212) 336-2222

9  Jeremy Feigelson (*admitted pro hac vice*)
   jfeigelson@debevoise.com
10 Jeffrey S. Jacobson (*admitted pro hac vice*)
   jsjacobson@debevoise.com
11 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
12 New York, New York 10022
   Telephone: (212) 909-6230

13 Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:12-cv-06342-CRB<br><br>**[PROPOSED] ORDER DETERMINING CASES ARE RELATED** |

The Court hereby GRANTS the administrative motion of Defendants L'Oréal USA, Inc. and Maybelline LLC to have the action entitled *Nobles, et al. vs. L'Oréal USA, Inc., et al.*, Case

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROP.] ORDER DETERMINING CASES ARE
RELATED & STAY OF DEADLINES
Case No. 3:12-cv-06342-CRB

28569\3737052.1

1   No. 3:13-cv-01911-JSC related to this action.  The Court finds that the cases are related within

2   the meaning of Local Rule 3-12 and that the *Nobles* action was filed subsequent to this *Orshansky*

3   action.  The *Nobles* action shall be reassigned to this Court and all further filings in the *Nobles*

4   action shall bear the initials "CRB" following the case number.

5        IT IS SO ORDERED.

7   DATED:

                                          Hon. Charles R. Breyer
                                          United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROP.] ORDER DETERMINING CASES ARE RELATED & STAY OF DEADLINES
Case No. 3:12-cv-06342-CRB

- 2 -

28569\3737052.1