C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Frederick B. Warder III *(admitted pro hac vice)*
fbwarder@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2121
Facsimile: (212) 336-2222

Jeremy Feigelson *(admitted pro hac vice)*
jfeigelson@debevoise.com
Jeffrey S. Jacobson (*admitted pro hac vice*)
jsjacobson@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6230

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:12-CV-06342-CRB<br><br>**CERTIFICATE OF SERVICE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 3:12-cv-06342-CRB

28569\3737108.1

1    I, the undersigned, declare that I am a resident of the State of California, employed in the
2    County of San Francisco, over the age of eighteen years and not a party to the within action. My
3    business address is: Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San
4    Francisco, California 94104.

5    On July 3, 2013, I served the within document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [LR 3-12]**

**DECLARATION OF C. BRANDON WISOFF IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER DETERMINING CASES ARE RELATED**

X    **BY ELECTRONIC FILING:** I hereby certify that the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties on the electronic service list maintained for this case.

\_\_\_\_\_    **PERSONAL DELIVERY:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for personal delivery by Specialized Legal Services to the addressee.

X    **MAIL:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope with postage thereon fully prepaid and deposited for collection and mailing with the U.S. Postal Service. I am readily familiar with the ordinary business practice of this office for processing mail.

\_\_\_\_\_    **FEDERAL EXPRESS:** by placing a true copy thereof, addressed as set forth below and enclosed in a sealed envelope for delivery by overnight courier to the addressee.

\_\_\_\_\_    **FACSIMILE TRANSMISSION:** a true and correct copy transmitted via facsimile to each addressee listed below.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 3:12-cv-06342-CRB

- 2 -

28569\3737108.1

1  _____    **ELECTRONIC TRANSMISSION:** a true and correct copy transmitted to each of the parties at the electronic notification address last given by said party on any document which he or she has filed in this action and served upon this office.

Reginald Terrell, Esq.
The Terrell Law Group
P.O. Box 13315, PMB #148
Oakland, CA 94661
Telephone:   (510) 237-9700
Facsimile:   (510) 237-4616
Email:       Reggiet2@aol.com

Attorney for Plaintiff and the [Proposed] Class

Honorable Magistrate Judge Jacqueline Scott Corley
USDC, Northern District of California, Courtroom F, 15th Floor
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

**Courtesy Chamber's Copies**

   **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed in San Francisco, California on July 3, 2013.


                                   /s/
                                   Maria Zappas

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 3:12-cv-06342-CRB         - 3 -                              28569\3737108.1