Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd
West Tower, Suite 1100
Newport Beach, CA 92660
T: 949-502-2870
F: 949-258-5081

Attorneys for Plaintiff,
LIAT ORSHANSKY, on behalf of herself and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>    Defendants. | Case No. 3:12-CV-06342-CRB<br>Hon. Charles R. Breyer<br><br>**PLAINTIFF LIAT ORSHANSKY'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [LR 3-12]** |

On July 3, 2013, Defendants filed their Administrative Motion to Consider Whether Cases Should be Related.  *See Docket No. 45*.  Plaintiff's counsel was served with notice of Defendants' motion the same day through CM/ECF.  Plaintiff Liat Orshansky does not oppose Defendants' request to have the Nobles, et al. vs. L'Oreal USA, Inc., et al Case No. 3:13-cv-01911-JSC related to the first-filed Orshansky case.

Dated:  July 8, 2013                                           **ONE LLP**


                                                              By:   /s/ Peter R. Afrasiabi
                                                                    Peter R. Afrasiabi
                                                                    Attorney for Plaintiff, Liat Orshansky