Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd
West Tower, Suite 1100
Newport Beach, CA 92660
T: 949-502-2870
F: 949-258-5081

Attorneys for Plaintiff,
LIAT ORSHANSKY, on behalf of herself and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>　　　　　　Defendants. | Case No. 3:12-CV-06342-CRB<br>Hon. Charles R. Breyer<br><br>**ORDER GRANTING PLAINTIFF' REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:　　July 12, 2013<br>Time:　　8:30 am<br>Place:　　Courtroom 6 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**
Case No. 3:12-cv-06342-CRB

1  THE COURT, having reviewed Plaintiff's Request for Telephonic Appearance, and
2 being fully advised in the matter, hereby GRANTS the Motion. Peter Afrasiabi may attend
3 the Case Management Conference scheduled for July 12, 2013 at 8:30 a.m. by telephone.

4
5  Dated: July 9, 2013



[PROPOSED] ORDER GRANTING PLAINTIFF'S
REQUEST FOR TELEPHONIC APPEARANCE
Case No. 3:12-cv-06342-CRB