# CIVIL MINUTES

## Judge CHARLES R. BREYER

Date: **July 12, 2013**　　　　　　　　　　　　　　Time:  16 minutes

**C-12-06342 CRB　LIAT ORSHANSKY  v.  L'OREAL USA INC**
**C-13-01911 CRB　AYANNA NOBLES  v.  L'OREAL USA, INC**

Attorneys:　　Peter Afrasiabi by telephone　　　　　　　C Brandon Wisoff

　　　　　　　　Reginald Terrell　　　　　　　　　　　　Federick B. Werder, III

Deputy Clerk: **BARBARA ESPINOZA**　　　　　　Reporter: **Not Reported**

**PROCEEDINGS:**　　　　　　　　　　　　　　　　　**RULING:**

1. Initial Case Management Conference

2. 

**ORDERED AFTER HEARING:**

Matters consolidated for the purpose of discovery and class certification.  Discovery regarding class certification to be completed in 2013.  Counsel to return upon discovery being completed.

(  ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____
(  ) Referred to Magistrate Judge for: _____
(  ) CASE CONTINUED TO ____　　　　　　for _____

Discovery Cut-Off _____　　　　Expert Discovery Cut-Off _____
Plntf to Name Experts by _____　　Deft to Name Experts by _____
P/T Conference Date _____　Trial Date _____　Set for ____ days
　　　　　　　　　　Type of Trial:  (  )Jury　(  )Court

Notes: Federick B. Warder admitted Pro Hac Vice for the purpose of today's hearing in C-13-1911CRB