1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

LIAT ORSHANSKY,

No. C 12-06342 CRB

12

Plaintiff,

**ORDER**

13

v.

14

L'OREAL USA INC,

15

Defendant.

_____/

16

17      Now pending before the Court is plaintiff's class action against defendant L'oreal

18 USA, Inc. A similar suit was previously filed against L'oreal in the Southern District of New

19 York, *Leebove v. Maybelline*, SDNY No. 12-cv-7146. Pursuant to 28 U.S.C. section 1404(a)

20 the Court finds that it may be in the interests of justice to transfer this action to the Southern

21 District of New York. The parties are hereby ORDERED to show cause why the action

22 should or should not be transferred to the Southern District of New York. The parties shall

23 have 14 days from the issuance of this Order to file a response with the Court.

24

25 **IT IS SO ORDERED.**

26

27

28 Dated: August 22, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For the Northern District of California

United States District Court