```
1   Peter R. Afrasiabi (Bar No. 193336)
    pafrasiabi@onellp.com
2   Christopher W. Arledge
    carledge@onellp.com (Bar No. 200767)
3   ONE LLP
    4000 MacArthur Blvd.
4   West Tower, Suite 1100
    Newport Beach, CA 92660
5   T: 949-502-2870
    F: 949-258-5081
6
    Attorneys for Plaintiff,
7   LIAT ORSHANSKY, on behalf of herself and
    others similarly situated
8

9   Jeffrey S. Jacobson (Admitted *pro hac vice*)
    jsjacobs@debevoise.com
10  DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
11  New York, NY 10022
    T: (212) 909-6230
12  F: (212) 521-7230

13  Attorneys for Defendants,
    L'OREAL USA INC., and
14  MAYBELLINE. NEW YORK
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LIAT ORSHANSKY, on behalf of herself and others similarly situated, | Case No. 3:12-CV-06342-CRB |
|---|---|
| Plaintiffs, | Hon. Charles R. Breyer |
| v. | **JOINT RESPONSE TO ORDER TO SHOW CAUSE** |
| L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK, | |
| Defendants. | |

**JOINT REPSONSE TO ORDER TO SHOW CAUSE**
**Case No. 3:12-cv-06342-CRB**

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

The parties have met and conferred subsequent to the Court's OSC. The parties are in the process of preparing a stipulation that will effect the transfer of the claims against Maybelline pertaining to the Super Stay 14 HR Lipstick and the Super Stay 10 HR Stain/Gloss to New York, but not the claims against Maybelline pertaining to Volum'Express The Falsies nor the claims against L'Oréal USA, Inc. pertaining to the L'Oréal Paris Voluminous False Fiber Lashes (which claims are not pending in New York currently and are only pending in this District). However, given the religious holidays the parties are unable to complete this stipulation today and expect to provide the Court a stipulation Monday. Accordingly, the parties ask that the OSC be discharged in light of their pending stipulation that will be presented to the Court shortly.

Dated: September 5, 2013  **ONE LLP**

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
Attorneys for Plaintiff,
*Liat Orshansky*

By: /s/ Jeffrey S. Jacobson
Jeffrey S. Jacobson
Attorneys for Defendant,
*L'Oreal USA, Inc. and
Maybelline, LLC*