| | |
|---|---|
| Peter R. Afrasiabi (SBN 193336)<br>Christopher W. Arledge (SBN 200767)<br>ONE LLP<br>4000 MacArthur Blvd.<br>West Tower, Suite 1100<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>Facsimile: (949) 258-5081<br>Email: pafrasiabi@onellp.com<br>Email: carledge@onellp.com<br><br>Attorneys for Plaintiff<br>LIAT ORSHANSKY, on behalf of herself<br>and others similarly situated | C. Brandon Wisoff (SBN 121930)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: bwisoff@fbm.com<br><br>Jeremy Feigelson (*admitted pro hac vice*)<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 521-7230<br>Email: jsjacobs@debevoise.com<br>Email: jfeigelson@debevoise.com<br><br>Frederick B. Warder, III (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>　TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: fbwarder@pbwt.com<br><br>Attorneys for Defendants<br>L'ORÉAL USA, INC. and<br>MAYBELLINE, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself<br>and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>L'ORÉAL USA, INC., a Delaware<br>corporation; MAYBELLINE, LLC, a New<br>York limited liability company dba<br>MAYBELLINE, NEW YORK,<br><br>　　　　　　Defendants. | Case No. 3:12-cv-06342-CRB<br>Hon. Charles R. Breyer<br><br>JOINT STIPULATION TO AMEND<br>AND [PROPOSED] ORDER |

JOINT STIPULATION TO AMEND AND [PROPOSED] ORDER
Case No. 3:12-cv-06342-CRB

-1-

23719665v1

1  WHEREAS, Plaintiff Liat Orshansky and Defendants L'Oréal USA, Inc. and Maybelline,
2  LLC, a New York limited liability company d/b/a Maybelline, New York (collectively
3  "Defendants") are presently named parties in the above captioned litigation;

4  WHEREAS, on August 22, 2013, the Court ordered the parties to show cause why this action
5  and the related action *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, should or should
6  not be transferred to the United States District Court for the Southern District of New York; and

7  WHEREAS, on September 5, 2013, the parties filed a joint response to the order to show
8  cause asking the Court to discharge the order in light of this forthcoming stipulation;

9  Now, therefore, Plaintiff Liat Orshansky and Defendants, by and through their respective
10  counsel of record, hereby stipulate as follows:

11  1.  By September 16, 2013, Plaintiff and counsel for Ayanna Nobles, plaintiff in the related
12  action *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, shall file an amended complaint
13  in this action, adding Ms. Nobles as a plaintiff and omitting the currently-pleaded claims respecting
14  Maybelline's SuperStay 14HR Lipstick and SuperStay 10 Stain Gloss, and thus pleading claims only
15  with respect to the mascara products, Maybelline's Volum'Express The Falsies and L'Oréal Paris'
16  Voluminous False Fiber Lashes. Defendants agree that this action, as amended in this matter, should
17  remain venued in this District.

18  2.  Because the parties have agreed to mediate the mascara-related claims before a neutral
19  mediator on or about October 16, 2013, all deadlines in this action, and all discovery except that
20  necessary for the mediation, are stayed until a status conference to be held before this Court on
21  November ____, 2013 at _____.

22  3.  By September 16, 2013, Plaintiff and counsel for Ayanna Nobles will file an amended
23  complaint in *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, adding Ms. Orshansky as
24  a plaintiff and omitting the mascara claims described above, thus pleading claims only with respect
25  to Maybelline's SuperStay 14HR Lipstick and SuperStay 10 Stain Gloss. Following that
26  amendment, pursuant to 28 U.S.C. s. 1404(a), all parties consent to the transfer of *Nobles v. L'Oréal*
27  *USA, Inc., et al.*, Case No. 3:13-cv-01911, to the United States District Court for the Southern
28  District of New York, where an earlier-filed matter pertaining to the same products, *Leebove v.*

JOINT STIPULATION TO AMEND AND [PROPOSED] ORDER
Case No. 3:12-cv-06342-CRB
-2-
23719665v1

1  *Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending. The transfer should note the
2  relatedness of *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, to that earlier-filed
3  action. Plaintiff agrees that she will not oppose the consolidation of the *Nobles* action with the
4  *Leebove* action after the transfer to the Southern District of New York.

5      IT IS SO STIPULATED.

6  DATED: September 9, 2013.      ONE LLP

7           By: /s/ Peter R. Afrasiabi
                 Peter R. Afrasiabi
8
       Attorneys for Plaintiff LIAT ORSHANSKY
9

10        FARELLA BRAUN & MARTEL LLP

11        By: /s/ C. Brandon Wisoff
                C. Brandon Wisoff
12

13        DEBEVOISE & PLIMPTON LLP

14        By: /s/ Jeffrey S. Jacobson
                Jeffrey S. Jacobson
15

16        PATTERSON BELKNAP WEBB & TYLER LLP

17        By: /s/ Frederick B. Warder, III
                Frederick B. Warder, III
18
       Attorneys for Defendants L'ORÉAL USA, INC. and
19            MAYBELLINE, LLC

20

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23 DATED: _____

24
                 _____
25                  Hon. Charles R. Breyer
                 United States District Judge

26

27

28