| | |
|---|---|
| Peter R. Afrasiabi (SBN 193336)<br>Christopher W. Arledge (SBN 200767)<br>ONE LLP<br>4000 MacArthur Blvd.<br>West Tower, Suite 1100<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>Facsimile: (949) 258-5081<br>Email: pafrasiabi@onellp.com<br>Email: carledge@onellp.com<br><br>Attorneys for Plaintiff<br>LIAT ORSHANSKY, on behalf of herself<br>and others similarly situated | C. Brandon Wisoff (SBN 121930)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: bwisoff@fbm.com<br><br>Jeremy Feigelson (*admitted pro hac vice*)<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 521-7230<br>Email: jsjacobs@debevoise.com<br>Email: jfeigelson@debevoise.com<br><br>Frederick B. Warder, III (*admitted pro hac vice*)<br>PATTERSON BELKNAP WEBB &<br>  TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: fbwarder@pbwt.com<br><br>Attorneys for Defendants<br>L'ORÉAL USA, INC. and<br>MAYBELLINE, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself<br>and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>L'ORÉAL USA, INC., a Delaware<br>corporation; MAYBELLINE, LLC, a New<br>York limited liability company dba<br>MAYBELLINE, NEW YORK,<br><br>        Defendants. | Case No. 3:12-cv-06342-CRB<br>Hon. Charles R. Breyer<br><br>JOINT STIPULATION TO AMEND<br>AND ORDER |

JOINT STIPULATION TO AMEND AND ORDER
Case No. 3:12-cv-06342-CRB

-1-

23719665v1

WHEREAS, Plaintiff Liat Orshansky and Defendants L'Oréal USA, Inc. and Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York (collectively "Defendants") are presently named parties in the above captioned litigation;

WHEREAS, on August 22, 2013, the Court ordered the parties to show cause why this action and the related action *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, should or should not be transferred to the United States District Court for the Southern District of New York; and

WHEREAS, on September 5, 2013, the parties filed a joint response to the order to show cause asking the Court to discharge the order in light of this forthcoming stipulation;

Now, therefore, Plaintiff Liat Orshansky and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By September 16, 2013, Plaintiff and counsel for Ayanna Nobles, plaintiff in the related action *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, shall file an amended complaint in this action, adding Ms. Nobles as a plaintiff and omitting the currently-pleaded claims respecting Maybelline's SuperStay 14HR Lipstick and SuperStay 10 Stain Gloss, and thus pleading claims only with respect to the mascara products, Maybelline's Volum'Express The Falsies and L'Oréal Paris' Voluminous False Fiber Lashes. Defendants agree that this action, as amended in this matter, should remain venued in this District subject to the Court's discretion pursuant to 28 U.S.C. section 1404(a).

2. Because the parties have agreed to mediate the mascara-related claims before a neutral mediator on or about October 16, 2013, all deadlines in this action, and all discovery except that necessary for the mediation, are stayed until a status conference to be held before this Court on November 1, 2013 at 8:30 AM.

3. By September 16, 2013, Plaintiff and counsel for Ayanna Nobles will file an amended complaint in *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, adding Ms. Orshansky as a plaintiff and omitting the mascara claims described above, thus pleading claims only with respect to Maybelline's SuperStay 14HR Lipstick and SuperStay 10 Stain Gloss. Following that amendment, pursuant to 28 U.S.C. s. 1404(a), all parties consent to the transfer of *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, to the United States District Court for the Southern District of New York, where an earlier-filed matter pertaining to the same products, *Leebove v.*

1  *Maybelline, LLC*, No. 1:12-cv-07146 (S.D.N.Y.), is pending. The transfer should note the
2  relatedness of *Nobles v. L'Oréal USA, Inc., et al.*, Case No. 3:13-cv-01911, to that earlier-filed
3  action. Plaintiff agrees that she will not oppose the consolidation of the *Nobles* action with the
4  *Leebove* action after the transfer to the Southern District of New York.

5      IT IS SO STIPULATED.

6  DATED: September 9, 2013.      ONE LLP

7      By: /s/ Peter R. Afrasiabi
        Peter R. Afrasiabi

8

9      Attorneys for Plaintiff LIAT ORSHANSKY

10      FARELLA BRAUN & MARTEL LLP

11      By: /s/ C. Brandon Wisoff
        C. Brandon Wisoff

12

13      DEBEVOISE & PLIMPTON LLP

14      By: /s/ Jeffrey S. Jacobson
        Jeffrey S. Jacobson

15

16      PATTERSON BELKNAP WEBB & TYLER LLP

17      By: /s/ Frederick B. Warder, III
        Frederick B. Warder, III

18

19      Attorneys for Defendants L'ORÉAL USA, INC. and MAYBELLINE, LLC

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  DATED: 9/10/2013

24

25      Hon. Charles R. Breyer
    United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Charles R. Breyer