| | |
|---|---|
| C. Brandon Wisoff (SBN 121930)<br>bwisoff@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Frederick B. Warder III (*admitted pro hac vice*)<br>fbwarder@pbwt.com<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 336-2121<br>Facsimile:  (212) 336-2222<br><br>Jeremy Feigelson (*admitted pro hac vice*)<br>jfeigelson@debevoise.com<br>Jeffrey S. Jacobson (*admitted pro hac vice*)<br>jsjacobs@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212 909-6230 | Peter R. Afrasiabi (SBN 193336)<br>pafrasiabi@onellp.com<br>Christopher W. Arledge (SBN 200767)<br>carledge@onellp.com<br>One LLP<br>4000 MacArthur blvd.<br>West Tower, Suite 1100<br>Newport Beach, CA 92660<br>Telephone:  (949) 502-2870<br>Facsimile:  (949) 258-5081<br><br>Reginald Terrell, Esq.<br>The Terrell Law Group<br>P.O. Box 13315, PMB #148<br>Oakland, CA 94661<br>Telephone:     (510) 237-9700<br>Facsimile:      (510) 237-4616<br>Email:            Reggiet2@aol.com |
| Attorneys for Defendants | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>L'OREAL USA, INC. , a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>              Defendants. | Case No. 4:12-cv-06342-CRB<br><br>**JOINT STIPULATION AND ORDER CONTINUING CASE <u>MANAGEMENT CONFERENCE</u>** |

Caption continues on next page.

---

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342-CRB

28569\3891576.1

| | |
|---|---|
| AYANNA NOBLES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>L'OREAL USA, INC. , a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:13-cv-01911-CRB |

Pursuant to Local Rules 6-2(a), 7-12, and 16-2(e), the parties hereto, Plaintiffs Liat Orshansky and Ayanna Nobles ("Plaintiffs"), on the one hand, and Defendants L'Oréal USA, Inc. and Maybelline, LLC, a New York limited liability company d/b/a Maybelline, New York, (collectively "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS an initial Case Management Conference ("CMC") was held on July 12, 2013 wherein the Court consolidated these two actions for the purpose of discovery and class certification.

WHEREAS after approving as modified a stipulation that would allow certain of the claims to remain in this Court while transferring others to the Southern District of New York, the Court set a follow up CMC in these matters for November 1, 2013 (Dkt. 59).

WHEREAS primary counsel for Defendants will be out of the country on November 1, 2013 for an unrelated matter;

WHEREAS counsel for all parties have conferred and can be available for a CMC on November 22, 2013;

NOW, THEREFORE, the Parties hereby propose, stipulate and agree as follows, by and through their respective counsel of record, and subject to the Court's approval, that;

1.  The Status/Case Management Conference in the above-captioned matters, currently scheduled to take place on November 1, 2013, shall be continued to November 22, 2013 at 8:30 AM, or on a date thereafter that is convenient for the Court; and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB       - 2 -                                 28569\3891576.1

2. Within 7 days prior to such conference, the Parties shall submit to the Court a Joint Status/Case Management Conference Statement;

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiffs and Defendants through the undersigned, to continue the CMC until November 22, 2013 at 8:30 a.m., or until the first available date thereafter, and to continue all deadlines relating to the CMC accordingly.

IT IS SO STIPULATED:

DATED: September 27, 2013.   FARELLA BRAUN + MARTEL LLP

By: /s/ *C. Brandon Wisoff*
    C. Brandon Wisoff

Attorneys for Defendants

DATED: September 27, 2013.   ONE LLP

By: /s/ *Peter R. Afrasiabi*
    Peter R. Afrasiabi

Attorneys for Plaintiff Orshansky

DATED: September 27, 2013.   The Terrell Law Group

By: /s/ *Reginald Terrell*
    Reginald Terrell

Attorneys for Plaintiff Nobles

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB

- 3 -

28569\3891576.1

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Brandon Wisoff, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September 2013.

/s/ *C. Brandon Wisoff*
C. Brandon Wisoff

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 1, 2013

Hon. Ch[arles R. Breyer]
United S[tates District Judge]

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION CONTINUING CMC
Case No. 4:12-cv-06342 CRB
- 4 -
28569\3891576.1