Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Blvd
West Tower, Suite 1100
Newport Beach, CA 92660
T: 949-502-2870
F: 949-258-5081

Attorneys for Plaintiff,
LIAT ORSHANSKY, on behalf of herself and
others similarly situated

Reginald V. Terrell (SBN 127874)
reggiet2@aol.com
THE TERRELL LAW GROUP
P.O. Box 13315, PMB #148
Oakland, CA 94661
T: 510-237-9700
F: 510-237-4616

Attorneys for Plaintiff,
AYANNA NOBLES, on behalf of herself and
others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAT ORSHANSKY, on behalf of herself and others similarly situated, AYANNA NOBLES, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>L'OREAL USA, INC., a Delaware corporation; MAYBELLINE, LLC, a New York limited liability company dba MAYBELLINE, NEW YORK,<br><br>Defendants. | Case No. 3:12-CV-06342-CRB<br><br>Hon. Charles R. Breyer<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Liat Orshansky and Ayanna Nobles hereby dismiss this action in its entirety and against all defendants WITHOUT PREJUDICE.

Dated: October 18, 2013

**ONE LLP**

By: */s/ Peter R. Afrasiabi*
Peter R. Afrasiabi
Attorneys for Plaintiff

**THE TERRELL LAW GROUP**

By: */s/ Reginald V. Terrell*
Reginald V. Terrell
Attorneys for Plaintiff